ALSD Local 102 (Rev. 08/15) Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Alabama

In the Matter of the Tracking of  )
*(Identify the person to be tracked or describe*  )
*the object or property to be used for tracking)*  )
███████████████████████ displaying )  Case No.  MJ-21-004-N
tail number ███ registered to ███████ )
█████████████████████████████ )

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. § __841(a)(1)__. Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

- ☑ The person, property, or object is located in this district.
- ☐ The person, property, or object is not now located in this district, but will be at the time of execution.
- ☐ The activity in this district relates to domestic or international terrorism.
- ☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

- ☑ evidence of a crime;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
Cessna 421B, serial number 421B0599, displaying tail number N421E, registered to HL Aviation LLC out of Laredo, Texas but purchased by Russell N. SMITH out of Pensacola, Florida

☑ Delayed notice of __90__ days (give exact ending date if more than 30 days: __04/08/2021__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Daniel H. McKenzie
*Applicant's printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1.

Date: _____

City and state: Mobile, Alabama

U.S. Magistrate Judge Katherine P. Nelson

Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
DN: cn=U.S. Magistrate Judge Katherine P. Nelson, o=Federal Judiciary, ou=U.S. Government, email=efile_nelson@alsd.uscourts.gov, c=US
Date: 2021.01.11 14:45:30 -06'00'

*Judge's signature*

Katherine P. Nelson
*Printed name and title*

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Tina Wood*
Deputy Clerk
Date: January 11, 2021