IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE<br><br>APPLICATION FOR A TRACKER WARRANT | Mag. J. No.<br>FILED UNDER SEAL |
|---|---|

## MOTION TO SUBSTITUTE REDACTED COPIES
## OF APPLICATION AND ORDER

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to allow for the substitution of redacted copies of the application, affidavit, warrant and associated document in the instant matter, and as grounds therefor says the following:

Law enforcement agents are currently investigating the circumstances relating to the flight of the subject aircraft from Texas to Alabama under suspicious circumstances. A summary of the investigation is referenced therein. This investigation is neither public nor known to all of those suspected of involvement in the criminal activities to which it relates, and its disclosure may alert the potential targets to the ongoing investigation. Public disclosure of the fact of the application and the information contained therein could result in the destruction of evidence or a disruption of patterns of behavior and practices relevant to the investigation. Accordingly, there is reason to believe that public access to information in the documents identified above would seriously jeopardize the investigation. In addition to the matters mentioned above, public disclosure would give potential targets an opportunity to flee to avoid prosecution, destroy or tamper with evidence, or notify confederates. The United States therefore requests the

opportunity to substitute redacted copies within a reasonable time after the Court enters the Order authorizing the search warrant, prior to the unsealing of the said documents.

WHEREFORE, the United States moves the Court to allow for the substitution of redacted copies of the application, affidavit, warrant and other associated documents herein.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:  s/ Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Facsimile: (251) 441-5277