IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR AN ORDER AUTHORIZING ) <br> THE SURREPTITIOUS ENTRY, ) <br> INSTALLATION AND USE OF ) <br> ELECTRONIC TRACKING EQUIPMENT ) <br> ABOARD AN AIRCRAFT, more ) <br> particularly described below ) | Mag. J. No. 21-0004-N <br> UNDER SEAL |

RETURN FOR ORDER AUTHORIZING THE SURREPTITIOUS ENTRY,
INSTALLATION, AND USE OF AN
ELECTRONIC TRACKING DEVICE AS A PHYSICAL
SURVEILLANCE AID

The Court previously authorized the surreptitious entry, installation and use of electronic tracking equipment upon the Aircraft identified in the Court's Order (Doc. 2), particularly a 1974 Cessna 421B, serial number 421B0599 (hereinafter referred to as the subject aircraft). The Court's Order further provided that the Government would return the warrant within 10 days of the removal of the said tracking device. HSI Special Agent Daniel McKenzie makes the following return:

Date and time warrant executed: January 13, 2021

Copy of warrant application and inventory left with: Subject aircraft

Inventory made in the presence of: Tyler Bagley

Inventory of the property seized: Electronic data relating to the GPS location of the
subject aircraft from Jan. 13, 2021 to April 6, 2021

### CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned as required to the designated judge.

Date:

_____
Executing officer's signature
HSI Special Agent Daniel McKenzie